**UNITED STATES of America, Appellant, v. William G. PARKE.**

No. 10069.

Circuit Court of Appeals, Eighth Circuit.

July 30, 1934.

Frank F. Wilson, Asst. U. S. Atty., of Mount Ayr, Iowa.

James A. Devitt, J. C. Eichhorn, and H. B. McCoy, all of Oskaloosa, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant and certificate of clerk of United States District Court under Rule 16.

---

**UNITED STATES, Plaintiff-Appellee, v. Joseph PUDALOFF, Defendant-Appellant.**

No. 174.

Circuit Court of Appeals, Second Circuit.

Dec. 4, 1934.

Thomas L. Newton, of Buffalo, N. Y., for appellant.

John K. Gerken, of Buffalo, N. Y., for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

---

**UNITED STATES of America v. Charles E. TUHOLSKI.**

No. 1167.

Circuit Court of Appeals, Tenth Circuit.

Nov. 5, 1934.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Benj. E. Cook, of Ponca City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

---

**UNITED STATES of America v. Herman L. VOLKENING.**

No. 1190.

Circuit Court of Appeals, Tenth Circuit.

Dec. 3, 1934.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.